UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ST BERNARD PARISH SCHOOL BOARD	CIVIL ACTION

VERSUS	NO. 06-4584

CONTINENTAL CASUALTY COMPANY	SECTION "C" (5)

ORDER AND REASONS

IT IS ORDERED that the plaintiff's motion for preliminary injunction is DENIED. (Rec. Doc. 13). A preliminary injunction is appropriate only when the moving party establishes: (1) a substantial likelihood of success on the merits; (2) a substantial threat that failure to grant the injunction will result in irreparable injury; (3) that the threatened injury outweighs any damage that the injunction may cause the opposing party; and (4) that the injunction will not disserve the public interest. Allied Marketing Group, Inc. v. CDL Marketing, Inc., 878 F.2d 806 (5th Cir. 1989); State of Louisiana ex rel Guste v. Lee, 635 F.Supp. 1107, 1125 (E.D. La. 1986). It is an extraordinary remedy available only if the movant has clearly carried the burden of persuasion as to all four factors. Allied, supra.

The plaintiff falls short of establishing a substantial threat that failure to grant the injunction will result in irreparable injury. The plaintiff has not articulated an instance of injury which can be deemed "irreparable." Rather, the threatened damages can be compensated in monetary damages. "[A] preliminary injunction usually will be denied if it appears that the

applicant has an adequate alternate remedy in the form of money damages or other relief."  C. Wright, A. Miller & M. Kane, Federal Practice & Procedure §2948.1, pp. 149-151 (1995).  The original policy is expired, and the plaintiff has been covered by the renewal policy since June 2006.

The parties are urged to pursue amicable resolution of this matter.

New Orleans, Louisiana, this 29th  day of November, 2006.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE